UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TRAVIS PATE and ABRIL D. PATE, | ) | No: 18-70651 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| JEFFREY D. RICHARDSON, | ) | |
| Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. 18- |
| | ) | |
| BOFI FEDERAL BANK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ADVERSARY COMPLAINT

NOW COMES Plaintiff, Jeffrey D. Richardson, Chapter 7 Trustee, by one of his attorneys, and for his Adversary Complaint respectfully states as follows:

1. This Court has jurisdiction over this core adversary proceeding pursuant to the provisions of 28 U.S.C. §§157 and 1334 and 11 U.S.C. §547.

2. The Plaintiff, Jeffrey D. Richardson, (hereinafter also referred to as the "Trustee") consents to the entry of a final judgment in this adversary case by the Court.

3. The Debtors, Travis Pate and Abril D. Pate, (hereinafter also referred to as the "Debtors") filed their Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code on April 30, 2018.

4. The Plaintiff serves as the Debtors' Chapter 7 Bankruptcy Trustee.

5. At the time the Debtors filed their bankruptcy case they scheduled assets of

2

$58,534.21 and claimed $42,390.21 of those assets as exempt.

6. The Debtors scheduled liabilities of $65,110.90.

7. At all times relevant to this case the Debtors were insolvent.

8. Within 90 days prior to filing bankruptcy the Debtors paid the Defendant, BofI Federal Bank the sum of $1,033.00 on an antecedent debt.

9. The payment of the debt allowed the Defendant to have a greater distribution on that amount than it would have received as a dividend in this bankruptcy had the payment not been made.

10. The payment is recoverable as a preference under 11 U.S.C. §547.

WHEREFORE, Plaintiff, Jeffrey D. Richardson, respectfully prays that for judgment in his favor and against the Defendant, BofI Federal Bank, in the sum of $1,033.00 and costs of suit.

/s/ Jeffrey D. Richardson
JEFFREY D. RICHARDSON
Attorney for Chapter 7 Trustee
Registration No. 02330067
132 South Water Street, Suite 444
Decatur, IL  62523
Tel: 217/425-4082